UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, as subrogee of Birkenstock USA, LP<br><br>Plaintiff,<br><br>-against-<br><br>KUENHE & NAGEL, INC. d/b/a BLUE ANCHOR AMERICA LINE,<br><br>Defendant. | 26-CV-3248<br><br>ORDER |
| KUEHNE & NAGEL, INC.,<br><br>Third-Party Plaintiff<br><br>-against-<br><br>HAPAG-LLOYD AKTIENGESELLSCHAFT,<br><br>Third-Party Defendant. | 26-CV-3248<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for an initial conference on July 21, 2026 at 10:30 AM.

**SO ORDERED.**

Dated: New York, New York
July 9, 2026

LORETTA A. PRESKA
Senior United States District Judge